996 A.2d 480

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lamar ANDERSON, Petitioner.**

**No. 13 EM 2010.**

Supreme Court of Pennsylvania.

June 14, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of June, 2010, the Petition for File Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P 122(B). Counsel is directed to file a Petition for Allowance of Appeal within 30 days.

996 A.2d 481

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marcus WALTON, Respondent.**

**No. 17 EM 2010.**

Supreme Court of Pennsylvania.

June 14, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of June, 2010, the Petition for Extension of Time to File Petition for Allowance of Appeal is **DENIED.**